STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
11818 Moorpark Street, No. R
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com
        stan@appsatlaw.com

JS-6

*Attorneys for Plaintiff Susan Shaw*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Shaw,<br><br>             Plaintiff,<br><br>     vs.<br><br>Synchrony Bank; and Equifax Information Services, LLC<br><br>             Defendants. | Case No.: 5:20-cv-01963-RGK-SP<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SYNCHRONY BANK** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Synchrony Bank is dismissed with prejudice.  Plaintiff Susan Shaw and Defendant Synchrony Bank shall each bear their own costs and attorneys' fees.

Date: January 19, 2021      _____
                             JUDGE, United States District Court,
                             Central District of California